IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01610-EWN-CBS

THEODORE L. FINLEY,
    Plaintiff,
v.

CORRECTIONAL HEALTHCARE MANAGEMENT, and
JEFFERSON COUNTY DETENTION CENTER MEDICAL DEPARTMENT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Finley's "Motion for Production of Documents" (filed February 8, 2007) (doc. # 26).  Pursuant to the Order of Reference dated September 8, 2006 (doc. # 9) and the memorandum dated February 8, 2007 (doc. # 27), this matter was referred to the Magistrate Judge.

    Finley seeks production of documents by Defendants pursuant to Fed. R. Civ. P. 34.  Requests for production of documents pursuant to Rule 34 are properly served on the opposing party, not filed with the court.  Accordingly,

    IT IS ORDERED that Plaintiff Finley's "Motion for Production of Documents" (filed February 8, 2007) (doc. # 26) is DENIED as unnecessary.

    DATED at Denver, Colorado, this 9th day of February, 2007.

                                BY THE COURT:

                                  s/Craig B. Shaffer
                                United States Magistrate Judge