IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01610-EWN-CBS

THEODORE L. FINLEY,
    Plaintiff,
v.

CORRECTIONAL HEALTHCARE MANAGEMENT, and
JEFFERSON COUNTY DETENTION CENTER MEDICAL DEPARTMENT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Finley's "Motion for Leave to File an Amended Complaint" (filed January 26, 2007) (doc. # 23). Pursuant to the Order of Reference dated September 8, 2006 (doc. # 9) and the memorandum dated January 29, 2007 (doc. # 25), this matter was referred to the Magistrate Judge. Finley seeks to add "Sheriff Ted Mink of Jefferson County, in his individual and personal capacity" as a Defendant in this civil action. Defendants have not advised the court of their position on Mr. Finley's Motion. Accordingly,

    IT IS ORDERED that Defendants may file their response to Mr. Finley's "Motion for Leave to File an Amended Complaint" **on or before February 20, 2007**.

DATED at Denver, Colorado, this 9th day of February, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge