IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01610-EWN-CBS

THEODORE L. FINLEY,
    Plaintiff,
v.

CORRECTIONAL HEALTHCARE MANAGEMENT, and
JEFFERSON COUNTY DETENTION CENTER MEDICAL DEPARTMENT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Finley's "Motion for Leave to File an Amended Complaint" (filed January 26, 2007) (doc. # 23).  Pursuant to the Order of Reference dated September 8, 2006 (doc. # 9) and the memorandum dated January 29, 2007 (doc. # 25), this matter was referred to the Magistrate Judge.  Mr. Finley seeks to add "Sheriff Ted Mink of Jefferson County, in his individual and personal capacity" as a Defendant in this civil action.  Defendant Correctional Healthcare Management ("CHM") has responded that it does not object to Mr. Finley's request "to name another Defendant."  CHM does object to "add[ing] claims against CHM or add[ing] parties associated with CHM."  (*See* doc. # 32).

    As CHM has filed an Answer (*see* doc. # 14), Mr. Finley may amend his Complaint "only by leave of court or by written consent of the adverse party . . . ."  Fed. R. Civ. P. 15(a).  The court may deny a motion to amend a complaint for failure to submit the proposed amendment.  *See Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir.

1

1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes v. City of Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion). Mr. Finley has not attached a copy of a proposed Amended Complaint.

Accordingly, IT IS ORDERED that Plaintiff Finley's "Motion for Leave to File an Amended Complaint" (filed January 26, 2007) (doc. # 23) is held in abeyance for Mr. Finley to submit a complete copy of his proposed Amended Complaint to the court and to Defendants. Mr. Finley shall submit his proposed Amended Complaint to the court and to Defendants **on or before March 15, 2007**.

DATED at Denver, Colorado, this 22nd day of February, 2007.

BY THE COURT:

  s/Craig B. Shaffer  
United States Magistrate Judge