**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01610-EWN-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: May 7, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| THEODORE L. FINLEY, | Pro se, via telephone |
| **Plaintiff,** | |
| v. | |
| CORRECTIONAL HEALTH CARE MANAGEMENT, *et al.,* | Laura A. Hass |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:     9:15 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

**ORDERED:** Plaintiff's oral motion to withdraw the Motion for Leave to File an Amended Complaint [filed April 4, 2007; doc. 46] is granted. The Motion for Leave to File an Amended Complaint is hereby withdrawn.

**ORDERED:** The Motion for Reconsideration [filed April 4, 2007; doc. 47] is denied as moot for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess:     9:29 a.m.**
Total In-Court Time:     00:14