IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01610–EWN–CBS

THEODORE L. FINLEY,

    Plaintiff,

v.

CORRECTIONAL HEALTH CARE MGT., and
JEFFERSON COUNTY DETENTION CENTER
MEDICAL DEPARTMENT,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed October 12, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant Correctional Healthcare Management's motion for summary judgment is GRANTED.

    3. The case against Jefferson County Detention Center Medical Department is dismissed for failure to prosecute, the defendant not having been served.

4. This civil action is dismissed with prejudice.

DATED this 9th day of November, 2007.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    Chief United States District Judge